Law Office of Ezra Spilke

[address obscured by stamp], Suite 1K
New York 11230
t: (718) 783-3682
ezra@spilkelaw.com
www.spilkelaw.com

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 8, 2024

**By ECF**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

    Re:    *United States v. Kenneth Sanders*, No. 24 Cr. 223 (S.D.N.Y.)

Dear Judge Halpern:

    With the government's consent, I write to respectfully request a two-day extension of the filing deadline for Mr. Sanders' sentencing submission. Mr. Sanders is scheduled to be sentenced on Thursday, August 29, 2024. I hoped to see Mr. Sanders before filing his submission in order to include his letter to the Court in his submission but, due to flight cancelations, was unable to and the earliest I can do so is this Friday. Accordingly, I respectfully request an extension of the filing deadline from August 8 to Monday, August 12. I have conferred with AUSA Kathryn Wheelock, who has no objection to this request and requests a corresponding extension to August 19 for the filing of the government's submission should this application be granted. Thank you for your attention to this request.

    Respectfully submitted,

    Ezra Spilke